11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Memorial Park Medical Center, Inc.,        * From the 35th District Court
of Brown County,
Trial Court No. CV-0904121.

Vs. No. 11-18-00358-CV              * February 14, 2019

John Green,                          * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Memorial Park Medical Center, Inc.